# In the United States Court of Federal Claims

Filed: December 21, 2017

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: 17-9001L; 17-9002L | |

## CASE MANAGEMENT ORDER NO. 4

To promote the efficient administration of justice, it is hereby ORDERED:

**I.      Assignment of a United States Court of Federal Claims Judge – Downstream Cases.**

The undersigned judge, the Honorable Susan G. Braden, of the United States Court of Federal Claims, is hereby assigned to manage and adjudicate all matters in downstream cases. The Honorable Marian Blank Horn is no longer assigned to the downstream cases. This assignment will be effectuated in Sub-Master Docket No. 17-9002L.

**II.      Assignment of a United States Court of Federal Claims Judge – Upstream Cases.**

The Honorable Charles F. Lettow, of the United States Court of Federal Claims, is hereby assigned to manage and adjudicate all matters in upstream cases. The Honorable Eric G. Bruggink is no longer assigned to the upstream cases. This assignment will be effectuated in Sub-Master Docket No. 17-9001L.

**III.      The Government's December 18, 2017 Response and December 19, 2017 Motion To Modify.**

On December 18, 2017, the Government filed a Response to the court's December 8, 2017 Order. The court's rules do not authorize such filings and in any event, the court deems it redundant, argumentative, and irrelevant.

On December 19, 2017, the Government filed a Motion To Modify The Operative Downstream Scheduling Order And For Expedited Briefing And Consideration Of Its Motion. ECF No. 9.

On December 20, 2017, the court convened a hearing in the United States District Court for the Southern District of Texas in Houston. ECF No. 119 ("12/20/17 TR"). After hearing argument, the court denied the December 19, 2017 Motion, subject to reconsideration. 12/20/17 TR at 45.

Accordingly, the Government's December 19, 2017 Motion is denied, subject to reconsideration.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**